UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2015 MAY -6  PM 12: 56

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN AREVALO,<br><br>Defendant. | CRIMINAL NO: SA15CR0321 OG<br>INDICTMENT<br><br>▶ Vio: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)- Possession with Intent to Distribute a detectable quantity of Cocaine] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

That on or about April 17, 2015, in the Western District of Texas, Defendant,

**JUAN AREVALO**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a detectable quantity of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

███████████████
FOREPERSON OF GRAND JURY

RICHARD L. DURBIN, JR.
Acting United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney